UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RONALD E. POWELL, KENNETH R. BOYD, D. TROY PRUITT, BRIAN JORDAN, JAMES V. MORGAN and JOHN DOUGHERTY, as Trustees on behalf of UNITED FOOD AND COMMERCIAL WORKERS UNIONS AND EMPLOYERS MIDWEST PENSION FUND, </br></br>Plaintiffs,</br></br>v.</br></br>GILMAN NURSING PAVILION, LLC,</br></br>Defendant. | Case No. 07 CV 6181 |

**MOTION FOR LEAVE TO FILE AND SERVE
AN AMENDED COMPLAINT AND TO DISMISS
GILMAN NURSING PAVILION, LLC**

Plaintiffs, RONALD E. POWELL, KENNETH R. BOYD, D. TROY PRUITT, BRIAN JORDAN, JAMES V. MORGAN and JOHN DOUGHERTY, as Trustees on behalf of UNITED FOOD AND COMMERCIAL WORKERS UNIONS AND EMPLOYERS MIDWEST PENSION FUND, (hereinafter, "MIDWEST PENSION FUND"), by and through their attorneys, THE KARMEL LAW FIRM, move pursuant to Rule 15(a) of the Federal Rules of Civil Procedure to amend their complaint to add GILMAN NURSING CENTER, LLC a/k/a GILMAN NURSING HOME, LLC, to include new allegations relating to the proposed defendant, and to dismiss the complaint against GILMAN NURSING PAVILION, LLC. In support thereof Plaintiffs state as follows:

1. Plaintiffs seek leave to amend their complaint pursuant to Rule 15(a) of the Federal Rules of Civil Procedure. A copy of the proposed amended complaint is attached hereto as Exhibit "1."

2. The complaint in this action was filed November 1, 2007and was served on November 21, 2007 upon Abraham Stern, the agent for service of process of Defendant, Gilman Nursing Pavilion, LLC.

3. It has now come to Plaintiffs' counsel's attention that the defendant which was initially served is not the correct defendant. Although Gilman Nursing Pavilion, LLC at one time operated the nursing home located at 1390 South Crescent Street in Gilman, Illinois, the nursing home is now operated by Gilman Nursing Center, LLC, a/k/a Gilman Nursing Home, LLC.

4. Accordingly, Plaintiffs seek leave to file and serve an amended complaint upon Gilman Nursing Center, LLC, a/k/a Gilman Nursing Home, LLC.

5. Furthermore, since the filing of the original complaint, additional contributions have become due to Plaintiffs. Accordingly, Plaintiffs seek to allege in their amended complaint the additional amounts owed.

6. Leave to amend complaints is freely given. Fed. R. Civ. P.15(a); <u>Olech v. Village of Willowbrook</u>, 138 F.Supp. 2d 1036 (N.D. Ill. 2000).

WHEREFORE Plaintiffs respectfully request that leave to amend be given in this case to allow Plaintiffs to serve the proposed defendant and further request that that the Court dismiss Defendant, GILMAN NURSING PAVILION, LLC.

Respectfully submitted,

/s/ Mindy Kallus
Mindy Kallus
One of the Attorneys for Plaintiffs, Ronald Powell, Kenneth R. Boyd, D. Troy Pruitt, Brian Jordan, James V. Morgan and John Dougherty, as Trustees on behalf of United Food and Commercial Workers Unions and Employers Midwest Pension Fund

Jonathan D. Karmel
Mindy Kallus
THE KARMEL LAW FIRM
221 North LaSalle Street - Suite 1414
Chicago, IL 60601
(312) 641-2910