UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RONALD E. POWELL, KENNETH R. BOYD, D. TROY PRUITT, BRIAN JORDAN, JAMES V. MORGAN and JOHN DOUGHERTY, as Trustees on behalf of UNITED FOOD AND COMMERCIAL WORKERS UNIONS AND EMPLOYERS MIDWEST PENSION FUND, <br><br> Plaintiffs, <br><br> v. <br><br> GILMAN NURSING PAVILION, LLC, <br><br> Defendant. | Case No. 07 CV 6181 |

## NOTICE OF MOTION

TO: GILMAN NURSING PAVILION, LLC
c/o Abraham J. Stern, registered agent
10 South Wacker Drive, 40th Floor
Chicago, IL 60606

PLEASE TAKE NOTICE that on **Tuesday, December 18, 2007** at **11:00 a.m.** I shall appear before the Honorable Judge Blanche M. Manning, or any Judge sitting in her stead, at 219 South Dearborn Street, Room 2125, to move the Court for leave to file and serve an amended complaint and to dismiss Gilman Nursing Pavilion, LLC in the above captioned matter.

DATED this 7th day of December, 2007.

/s/ Mindy Kallus
Mindy Kallus
One of the Attorneys for Plaintiffs

Jonathan D. Karmel
Mindy Kallus
THE KARMEL LAW FIRM
221 North LaSalle Street - Suite 1414
Chicago, IL 60601
(312) 641-2910

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the Plaintiff's Notice of Motion and Motion for Leave to File and Serve An Amended Complaint and to Dismiss Gilman Nursing Pavilion, LLC, has been served upon the following via first class United States mail, postage prepaid, this 7th day of December, 2007:

> GILMAN NURSING PAVILION, LLC
> c/o Abraham J. Stern, registered agent
> 10 South Wacker Drive, 40th Floor
> Chicago, IL 60606

> /s/ Mindy Kallus
> Mindy Kallus
> One of the Attorneys for Plaintiffs

Jonathan D. Karmel
Mindy Kallus
THE KARMEL LAW FIRM
221 North LaSalle Street - Suite 1414
Chicago, IL 60601
(312) 641-2910