# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Ronald E Powell, et al.

                                Plaintiff,

v.                                                  Case No.: 1:07–cv–06181
                                                     Honorable Blanche M. Manning

Gilman Nursing Pavilion, LLC

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 18, 2007:

      MINUTE entry before Judge Blanche M. Manning :Motion hearing held on 12/18/2007. Plaintiffs' motion for leave to file an amended complaint [8] is granted. Status hearing held on 12/18/2007 and continued to 2/7/2008 at 11:00 AM.Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.