

# AGREEMENT

THIS AGREEMENT is entered into between UNITED FOOD AND COMMERCIAL WORKERS UNION, LOCAL 1546 (herein called the "Union") and THE GILMAN NURSING Home, LLC (herein called the "Employer").

## ARTICLE 1 - PURPOSE

1.1     The purpose of this Agreement is to establish and maintain harmony and cooperation between the Nursing Center and the employees covered hereunder, by setting forth the complete understanding between the Employer and the Union with respect to wages, hours and other terms and conditions of employment of such employees and providing an orderly procedure for the prompt and fair disposition of any grievances or problems that might arise.

1.2     Both the Employer and the Union, in entering into this Collective Bargaining Agreement, agree to jointly work together in providing and maintaining conditions that will permit employees to perform their work in a safe, efficient, energy-conscious manner. It is essential that both parties be committed to carrying out the complete terms of this Agreement for the benefit of the employees, residents and the community in general.

## ARTICLE 2 - RECOGNITION

2.1     The Employer recognizes the Union as the exclusive bargaining agent with respect to wages, hours and other terms and conditions of employment for all full-time and part-time nurses aides, orderlies, housekeeping employees, laundry employees, dietary employees, rehabilitation aides, and activities aides employed by Gilman Nursing Pavilion, excluding registered nurses, licensed practical nurses, all office and clerical, department heads, guards and supervisors as defined in the Act.

2.2     Unless the context clearly indicates otherwise, the term "employee" as used in this Agreement means only a person employed by the Nursing Home in the bargaining unit as described in Section 2.1.

2.3     A regular full-time employee is an employee who is regularly scheduled to work sixty (60) or more hours per two (2) week pay period.



**EXHIBIT**

_A_

2.4    A regular part-time employee is an employee who is regularly scheduled to work less than sixty (60) hours but more than forty (40) hours per two (2) week pay period.

## ARTICLE 3 - UNION AFFILIATION

3.1    The Employer agrees that there shall be no discrimination against any employee because of Union membership or lawful Union activity.

3.2    It is agreed that an employee of the Employer, upon being elected or appointed to office in the Union, shall be granted a leave of absence for the period up to three (3) months, and upon expiration of such leave shall be reinstated to the first available position.

## ARTICLE 4 - UNION SECURITY

4.1    The following employment condition shall be effective: It shall be a condition of employment that all employees of the Nursing Home covered by this Agreement who are members of the Union in good standing on the execution date of this Agreement, shall remain members in good standing and those who are not members on the execution date of this Agreement, shall on the thirty-first (31st) day following the execution date of this Agreement, become and remain members in good standing in the Union as provided for in Section 8(a) (3) of the Act. It shall also be a condition of employment that all employees covered by this Agreement and hired on or after its execution date shall, on the thirty-first (31st) day following the beginning of such employment, become and remain members in good standing in the Union. The Employer may secure new employees from any source whatsoever.

New employees shall be on a sixty (60) day probationary trial period and may be discharged during the probationary period at the discretion of the Employer. There may be an extension of this probationary period for up to thirty (30) days upon mutual agreement between the Employer, employee and the Union.  Upon completion of the probationary time, his/her seniority shall revert back to the beginning date of his/her employment.  There may be an extension of the sixty (60) day probationary period for another sixty (60) days to enable the employee to qualify and complete all the educational requirements as required by the facility and the Nursing Home Reform Act.  Upon completion of this probationary period, seniority shall revert back to the date of hire.

2

4.2    The Employer shall pay said person so employed during the period said person is not a member of the Union at the regular Union wage provided for in this Agreement and shall in all other respects require said person to work under and live up to all provisions of this Agreement.

4.3(a)  **Check-Off**: The following provision shall become effective for Professional and Health Care Employees Division of United Food and Commercial Workers Union, Local 1546, if and when such Local Union desires to institute such checkoff procedure. Upon thirty (30) days' notice to the Employer involved, the following shall become applicable:

> "The Employer shall for the term of this Agreement deduct initiation fees as authorized, and shall deduct Union dues from the first full pay of each month of employees who are members of the Union who individually certify, in writing, authorization for such deductions.  The authorization for such deduction may be revoked by the employee upon giving thirty (30) days' written notice to the Employer and the Union. The Employer shall promptly remit all sums deducted in this manner to the President of the Local Union."

4.3(b)  The Employer agrees that is will make authorized payroll deductions to the Employees Credit Union, sponsored by the United Food and Commercial Workers Union Local 1546.

4.3(c)  **Active Ballot Club (A.B.C.)**: The Employer agrees to honor and transmit to the Union, contribution deductions to the United Food & Commercial Workers International Union Active Ballot Club from employees who are union members and who sign deduction authorization cards.  The deductions shall be in the amounts and with the frequency specified on the political contribution authorization cards; however, such deductions shall be remitted in conjunction with regular monthly dues deductions. While the deductions will be remitted at the same time of the regular monthly dues deductions, such payment shall be in the form of a separate check from the regular monthly dues deductions.  When the Employer remits the deduction to the United Food & Commercial Workers International Union Active Ballot Club the Employer shall include a list of individuals for whom the deductions were made.

3

4.4     Authorized Union representatives shall be allowed reasonable access to all bargaining unit work areas upon notice to the Administrator to insure that the terms and conditions of this Agreement are being complied with. Such permission shall not be unreasonably withheld.

4.5     The Employer shall make known to each applicant for employment the existence of the contractual relationship provided by this Agreement. The Employer shall make available to each employee a copy of the written job description applicable to the position occupied by the employee, which the employee shall sign. The Employer shall furnish the following information by the first (1st) of each month:

(a)     Any change in the regular rate of pay for any employee.

(b)     Any change in the job classification of any employee.

## ARTICLE 5 - MAINTENANCE OF STANDARDS

5.1     No employee shall, as a result of this Agreement, suffer any reduction in wages previously granted by the Employer. Further, this Agreement provides minimum standards only and shall not prevent this Employer from granting additional payment of benefits so long as such granting is not otherwise violative of this Agreement or state or federal laws.

## ARTICLE 6 - MANAGEMENT RIGHTS

6.1     Management of the Nursing Home, the control of the premises and the direction of the working force, are vested exclusively in the Employer, subject to the provisions of this Agreement. The right to manage includes, but is not limited to the following: the right to discipline, suspend, lay off or discharge for any violation of the facility's policies or work and safety rules, and supervise employees, to determine starting times and shifts, procedures, and equipment to be utilized by employees; to achieve the highest level of employee performance and production consistent with safety and good health.

## ARTICLE 7 - HOURS OF WORK AND OVERTIME

7.1     The provisions of this Article are intended to provide the basis for calculating overtime and shall not be construed as a guarantee of hours of work per day or days of work per week, or

4

pay in lieu thereof, except as expressly provided for in Section 7.11 and 7.12. The basic workweek shall be Monday through Sunday.

7.2    Time and one-half (1½) of the regular straight-time hourly rate will be paid for all hours worked: (a) in excess of eight (8) hours in any working day; (b) in excess of forty (40) hours worked in any one (1) week payroll period, Monday through Sunday; and (c) upon completing their scheduled first shift, full-time employees, as defined in Section 2.3, will be paid time and one-half (1½) for any additional time worked.

7.3    Overtime must be approved by the supervisor prior to working overtime. Employees desiring to work overtime shall indicate this desire and their availability, in writing, to the Employer. When overtime hours become available, the Employer shall offer those hours to the most senior employee who has indicated first. When it is necessary for the Employer to assign overtime, those hours shall be assigned to the least senior employee first. Further available hours will be offered to current employees before the Employer resorts to outside-agency staffing.

7.4    There shall be no pyramiding or duplicating of overtime rates. Hours compensated for at overtime rates under one provision of this Agreement shall be excluded as hours worked in computing overtime under any other provision.

7.5    Holidays paid for but not worked by an employee shall not be counted as time worked for the purpose of computing overtime.

7.6    Employees working a shift of more than four (4) hours will normally be allowed a thirty (30) minute uninterrupted meal period without pay, except in emergencies. No meal period will be provided for employees working a shift of four (4) hours or less.

7.7    Employees working a shift of seven and one-half (7½) hours or more will be granted an uninterrupted rest period or periods, except for emergencies, totaling thirty (30) minutes. The rest periods will be scheduled to provide fifteen (15) minutes of rest before the meal period and fifteen (15) minutes of rest after the meal period. Employees working a shift of three and one-half (3½) hours but less than seven and one-half (7½) hours will be granted a

rest period of fifteen (15) minutes. Employees assigned to work overtime for a continuous period of four (4) hours or more after the end of their regular shift will be granted an additional rest period of fifteen (15) minutes during the overtime period.

7.8    Work schedules shall be posted at least five (5) days prior to the start of the work period. If the Employer makes a change in the work schedule of any individual employee, two (2) days' notice of the change in the work schedule of the individual employee shall be given by the Employer to the employee, except in emergencies or to provide for absent employees.

7.9    Schedules shall provide employees with twelve (12) hours' rest between shifts, except in emergencies or to provide coverage for absent employees.

7.10    Full-time employees shall not be scheduled to work for more than six (6) consecutive days in the same workweek, unless overtime pay is paid for work in excess of six (6) consecutive days, unless the employee requests such schedule.

7.11    An employee reporting to work at his/her regularly scheduled starting time who has not previously been notified not to report for work shall receive a minimum of four (4) hours of work for that day or in lieu thereof, four (4) hours' pay.

7.12    Employees who are called in to work outside their regularly scheduled work shifts shall receive a minimum of four (4) hours' pay or pay for hours actually worked, whichever is greater.

## ARTICLE 8 - RATES OF PAY

8.1    Job classifications in existence on the date of this Agreement, the rates of pay and progression schedules applicable thereto and the effective dates of said rates are set forth in Exhibit A, attached hereto and made a part hereof.

8.2    If during the term of the Agreement, new job classifications are established within the bargaining unit, or the duties of an existing job classification are substantially changed, the Employer will put the new or changed job classification into effect and establish a rate of pay

therefore. Such rate will be negotiated with the Union in advance. A grievance protesting the rate may be filed under the grievance procedure in Article 12 provided that the sole grounds for any such grievance should be that the rate does not bear a proper relationship to existing rates.

8.3   Employees shall be paid semimonthly and shall receive therewith a statement showing the number of hours worked, the amount of deductions and for what purpose. Each employee's time card shall be available upon request.

8.4   Payroll shortages on employees' paychecks will be paid within three (3) days if the amount is greater than $50.00. If the amount is less than $50.00, it will be paid on the following paycheck.

## ARTICLE 9 - SENIORITY

9.1   Seniority shall be defined as a length of continuous employment with the Employer. Under this definition, the last employee hired shall be the first to be laid off. Temporary absence from work, as set forth in this Agreement, shall not break seniority. Seniority may be broken only by:

    (a)   quitting;

    (b)   justifiable discharge;

    (c)   if an employee has been continuously laid off for a period of more than six (6) months;

    (d)   failure by the employee to notify the Employer within two (2) days of recall that he/she will return to work;

    (e)   failure of an employee to return to work after recall from layoff within two (2) days from date of notification of recall;

    (f)   failure of an employee to return to work in accordance with the terms of leave of absence;

    (g)   if the employee is absent from work for one (1) days without advising the Employer; or

    (h)   if the employee gives a false reason for obtaining a leave of absence, or engages in other employment during such leave.

Recall to work shall be governed by the same principles of seniority.

9.2     Part-time employees shall be given preferences to full-time employment over new hires. Full-time and part-time employees by seniority within their department, may claim the greater number of available hours if such employee is available and qualified to work such hours.

9.3     Upon the Union's request, the Employer shall semiannually furnish the Union with a current seniority list covering all names, rates of pay, dates of hire and classification of each employee.

9.4     When an employee is promoted or transferred from a bargaining unit job to a position outside the unit, his/her seniority status shall be frozen as of the date of promotion or transfer. If he/she is transferred back to the bargaining unit, he/she shall be entitled to a job in accordance with such accumulated seniority and ability as if he/she had been laid off. An employee who is employed by the Nursing Home originally in a supervisory position outside the bargaining unit shall not accumulate seniority while working as a supervisor.

## ARTICLE 10 - HOLIDAYS

10.1    The following days shall be recognized as holidays for all eligible employees under this Agreement: New Year's Eve or New Year's Day, Memorial Day, July 4th, Labor Day, Thanksgiving Day or the Friday after, Christmas Eve or Christmas Day and the employee's anniversary date. In addition thereto, after six (6) months of employment, the employee shall be eligible for one (1) Personal Day per calendar year, and the employee's birthday shall be recognized as a holiday. Employees with one (1) year or more of service shall be entitled to one (1) additional Personal Day for a total of two (2). Employees with four (4) years or more of service shall be entitled to one (1) additional personal day for a total of three (3).

10.2    To be eligible for holiday pay an employee must satisfy all of the following requirements:

        (a)     he/she must have worked his/her scheduled workday before and his/her scheduled workday following the holiday unless excused by the Employer for good cause; and

        (b)     he/she must have worked in the semi-monthly payroll period in which the holiday falls unless on vacation or sick leave.

10.3    Because the Employer operates every day of the year, twenty-four (24) hours a day, and that it is not possible for all employees to be off duty on the same day, the Employer has the right, at its sole discretion, to require any employee to work on any holiday listed above in accordance with their regular posted schedule.

10.4    If a holiday falls within an employee's scheduled vacation, the employee, if otherwise eligible, shall be paid holiday pay in addition to his/her vacation pay, or granted an additional day of paid vacation.

10.5    Hours worked on holidays will be paid at the regular rate of pay in addition to the holiday pay. All employees shall receive holiday pay based upon the proportion that their hours worked per week bear to forty (40) hours measured over the eight (8) week period immediately preceding the holiday.

10.6    An eligible employee who is laid off on the day immediately preceding or on the day immediately following a recognized holiday shall receive holiday pay for the recognized holiday.

10.7    The employee's Personal Day, a paid holiday under this Agreement, may be granted thirty (30) days before, but no later than thirty (30) days after, the actual date and shall be paid if not taken, should the employee be terminated or voluntarily quits after said holiday. Each employee shall request his/her Personal Day in writing, with two (2) weeks' notice to their Department Head.

10.8    During the first sixty (60) days of an employee's probationary period, said employee shall accrue no holidays.

10.9    Holidays shall be observed on the federal day of observance.

## ARTICLE 11 - VACATIONS

11.1   All employees shall be granted vacations with pay based upon their years of continuous service with the Nursing Home in accordance with the following schedule:

- One (1) week per year after one (1) year of service

- Two (2) weeks per year after two (2) years of service

- Three (3) weeks per year after five (5) years of service

- Four (4) weeks per year after ten (10) years of service

- Five (5) weeks per year after fifteen (15) years of service

11.2   All employees shall receive for each week of vacation, pay equal to the average number of hours worked per week, measured over the preceding fifty-two (52) weeks. Vacation pay will be computed based upon the rate received by the employee as of the time the vacation is taken.

11.3   An employee's vacation eligibility year is the twelve (12) month period immediately preceding the anniversary of his/her last date of hire and is the period in which he/she earns his/her vacation.

11.4   Employees must take their vacation during the twelve (12) month period following their vacation eligibility year. Employees who have worked at least six (6) months past their anniversary date and resign and give two (2) weeks' notice of termination of employment will be entitled to receive vacation pay in lieu of vacation to the extent that such vacation pay has been earned on the date of termination of employment. An employee discharged shall not receive any benefits under this Contract.

11.5   An employee will receive vacation pay on the last established payday prior to the start of the vacation. Vacations earned must be taken; no vacation pay will be given in lieu of vacation, unless agreed to by the Employer and the employee. Employees shall request their vacation thirty (30) days prior to the end of their vacation eligibility year in writing to their supervisor. Employees shall not work for the Nursing Home during vacation, except in emergencies. No employee shall lose vacation pay if not allowed to take vacation time.

10

11.6   Employees shall be given preference in the choice of vacation dates on the basis of seniority. The Employer will make a good-faith effort to advise employees of the available dates prior to their anniversary date of employment each year so that employees will be better able to express their preference for vacation periods. No vacation time will be allowed during the month of December, unless mutually agreed upon.

Extra days of vacation must be mutually agreed upon in order to be added to the week or weeks of vacation. No one shall be scheduled to work any weekends during his or her vacation.

11.7   All employees must give a two (2) week notice of termination to receive pro rata benefits under this Agreement.

11.8   A week's vacation shall be nine (9) days off of work if requested by the employee (the weekend prior, plus one (1) week off, and the weekend after). No employee shall be requested to make up a lost weekend because of vacation.

11.9   Vacation schedules shall be posted no later than February 1, for the employees to post vacations for the following year.

The schedule shall include the employee's name and number of weeks of vacation the employee is eligible for.

## ARTICLE 12 - GRIEVANCE PROCEDURE

12.1   Subject to the provisions of Section 12.2, any grievance by the Union or an employee against the Nursing Home with respect to the interpretation or application of, or compliance with, this Agreement or with respect to disciplinary action taken with any employee, including the reasonableness of any Employer rules of conduct or regulations under which the disciplinary action may have been taken, shall be settled in the following manner:

1.   The Union representative involved shall orally discuss the grievance with the Administrator. The Administrator shall reply orally to the grievance.

11

2.    If the matter is not satisfactorily adjusted in step (1) the grievance shall be reduced to writing and submitted to the Administrator of the facility. The written grievance shall contain a brief statement of the nature of the grievance and shall state the relief sought. The Administrator or his/her designee shall reply to the grievance within ten (10) days.

12.2    When in the judgment of either party arbitration is necessary, either party may initiate same by notifying the other party in writing that it has invoked the arbitration provisions of the Contract and that it has requested the American Arbitration Association to submit a panel of arbitrators to the parties. In no event shall arbitration be initiated earlier than seven (7) days following the mailing of the written grievance. The parties shall promptly proceed to select an arbitrator from the panel and proceed to arbitrate the grievance all in accordance with the rules of the American Arbitration Association. The decision of the arbitrator shall be final and binding on the parties.

12.3    Expenses incurred in connection with the arbitration, to wit, fees of the American Arbitration Association, the arbitrator's fees and expenses and rental of a hearing room, if necessary, shall be shared equally by the parties.

12.4    All grievances except those hereinafter specified must be presented in the first step of the grievance procedure within ten (10) days, except for wage claims which shall be presented within a reasonable time, from the date the cause for the grievance occurs or the employee or the Union has knowledge of the cause for the grievance.

    Grievances involving the discharge, suspension, or layoff of an employee, must be presented within ten (10) business days subsequent to the date of the discharge, suspension or layoff. Unless grievances are so presented, the right to file a grievance shall be waived.

## ARTICLE 13 - NO STRIKE - NO LOCKOUT

13.1    The Union will not cause or permit its members to cause, and will not sanction in any way, any strike, slowdown, picketing, or other curtailment, restriction, or interference with any

Employer functions or operations for any reason whatsoever, and no employee will participate in any such activities during the term of this Agreement or any extension thereof.

13.2    The Employer agrees that it will not lock out its employees during the term of this Agreement or any extension thereof.

## ARTICLE 14 - ABSENCE FROM WORK

14.1    All employees may be granted a leave of absence without pay for a period not to exceed ninety (90) days, provided a written application is submitted to the Employer setting forth a good cause for the leave of absence and such leave does not interfere with the efficient operation of the department and, provided further, that the leave may be extended by the Employer at the request of the employee for an additional period or periods of ninety (90) days.

Normally, a leave of absence will not be granted during the first (1st) year of employment except for a short duration in emergency circumstances.

14.2    Military leaves of absence and the reemployment rights of employees who serve in the armed forces of the United States will be determined on the basis of the applicable federal law of the land.

14.3    All employees who apply will be granted a maternity leave of absence without pay. It is the responsibility of the employee to inform her supervisor and the Administrator, in writing, of her pregnancy as soon as she becomes aware of it, and a letter must be submitted from her doctor stating the anticipated date of birth and a determination of how long the pregnant employee may physically continue to work. An employee desiring to return to work after a maternity leave must notify the Employer in writing in advance of the date she desires to return to work and must submit a letter from her physician stating that she is physically able to return to normal, unrestricted duties.

14.4    **Injury and Illness Leave**: A leave of absence of up to six (6) months shall be granted to employees unable to work because of injury or illness. Upon return to work from a leave of

absence, the employee shall be reinstated to the job previously held, or to a comparable job. The employee shall be restored to the work schedule for the next work period following notice to the supervisor of his/her availability.

14.5    **Jury Duty.** Employees must immediately notify the Employer that they are called upon to serve on jury duty. The Employer may ask for the employee to be excused from jury duty. An employee who is called upon to serve on jury duty shall be paid for actual hours worked for the Employer. If this pay, together with his/her jury-duty pay does not equal his/her regular weekly pay, the Employer will make up the difference for a maximum period of two (2) weeks, provided the employee works such hours as he/she is available during the hours when court is not in session. An employee receiving full-time pay from his/her Employer while serving on a jury will be required to turn in to his/her Employer the jury pay for the period he/she served on the jury, not to exceed two (2) weeks.

14.6    Employees required to appear in court or in legal proceedings on behalf of their Employer shall receive compensation at their regular straight-time hourly rate of pay for the time spent in making such appearances, less any witness fees received.

## ARTICLE 15 - ADDITIONAL BENEFITS

15.1    **Sick Leave.** Regular full-time employees, with less than five (5) years of employment, shall accrue sick leave with pay at the rate of one-third (1/3) of a day for each calendar month worked in each calendar year. An employee hired on or before the fifteenth (15th) of the month shall accrue sick leave for that month. An employee hired after the fifteenth (15th) of the month shall not accrue sick leave in that month. Sick leave accumulation shall begin from the first (1st) day of employment. Eligibility for paid sick leave will not begin until after completing two (2) months of employment.

Regular full-time employees with five (5) years or more of service shall accrue sick leave with pay at the rate of one-half (½) of a day for each calendar month worked in each calendar year.

15.2(a) All unused sick days shall accumulate from year to year up to a maximum of twenty-six (26) days for future use. Upon termination, with two week's notice, any unused sick days shall be paid to employees.

Sick pay will start on the second (2nd) day unless there is a doctor's note.

15.2(b) Employees who accrue more than twenty (20) days sick pay shall be able to convert sick days to personal days as follows.

- Employees with more than ten (10) years seniority can convert up to two (2) sick days per year to personal holidays.
- Employees with less than ten (10) years seniority can convert up to four (4) sick days per year to two (2) personal holidays (employee trade two (2) sick days for one (1) personal day.

15.3    **Funeral Leave:** Employees shall be allowed paid time off at their regular rate of pay up to, but not to exceed three (3) working days as normally scheduled for the employee in case of death of the employee's parent, spouse, child, brother, sister, grandparents, stepchildren, and foster children. Employees shall be allowed one (1) day off at regular rate of pay for the death of the employee's present in-laws. The Employer may request proof of death or attendance at the funeral and proof of residency.

15.4    Moreover, if the employee is notified of such death at work, he/she shall be excused from further work on that day without loss of pay and the time off provided for above shall begin with the following day.

15.5    **Uniform Allowance:** The Employer agrees to provide uniforms for all employees who are required to wear them. Beginning July 1, 1999, each employee following their respective anniversary date, will receive one (1) uniform top every six (6) months. The employee shall be responsible for the cleaning and care of the uniform.

## ARTICLE 16 - GENERAL PROVISIONS

16.1   The Employer and the Union agree that neither the Employer nor the Union shall discriminate with respect to employment or personnel action by reason of Union Affiliation, race, color, creed, sex, national origin, or age as provided by law.

16.2   The Employer will continue to make reasonable provisions for the safety of its employees during their hours of employment. Employees from the bargaining unit may be asked by the Employer to serve on the Employer's safety committee without loss of wages. Each employee must wear the color and the type of uniform required by his/her department.

16.3   The employee agrees to uphold the rules and regulations of the Employer in regard to punctual and steady attendance, proper and sufficient notification in case of necessary absence, conduct on the job, and all other reasonable rules and regulations established.

16.4   The Employer and the Union agree to cooperate in maintaining and improving safe working conditions and practices, in improving the cleanliness and good housekeeping of the establishments, and in caring for the residents or patients in the best manner possible in conformation with all rules and regulations of the Illinois Department of Public Health.

16.5   Voluntary organizations and workers perform services for the Employer that are valuable and necessary contributions to the welfare of the residents and to the operation of the facility. Also, the Employer engages in education and research which involves persons performing tasks and being sought to perform tasks which are similar or identical to those of employees of the facility. The Employer continues to have the right to avail itself of any and all such voluntary services and to engage in such educational and research activities. Volunteers and persons engaged in educational and research activities shall not be used for the purpose of displacing regular employees.

16.6   Employees making a written request at least one (1) day in advance of a national, state or local election, will be granted two (2) hours off without pay for the purpose of voting.

16.7  **Time Off for Union Business:** The Employer agrees to grant necessary time off without pay and without discrimination to any employee designated by the Union to attend a labor convention or to serve in any capacity on other official Union business so long as it does not interfere with the Employer's business and provided that written notice is given to the Employer by such employee at least one (1) week prior to the start of the affected shift.

16.8  The parties agree that this Contract may be amended by mutual agreement of both parties, and, if amended, the amendment shall be attached to the Contract by addendum and signed by both parties.

16.9  The Employer will provide sufficient space on a bulletin board for the posting of Union notices.

16.10  The Employer will not require employees covered by this Agreement to submit to lie detector tests unless prevailing conditions in the facility would be injurious to the health and safety of the residents and/or employees.

16.11  Employees may be required to take a physical examination at the Employer's expense, up to $20.00, to show their physical fitness to perform the work for which they have been employed. The results of the physical examinations must be submitted to the Employer within ten (10) days of date of hire or anniversary date.

16.12  Employees required to attend meetings or in-service classes shall be paid for time spent at these meetings or classes at the applicable rate of pay.

16.13  The Employer agrees not to enter into any Agreement or Contract with his/her employees individually or collectively, which in any way conflicts with the terms and provision of this Agreement.

16.14  All employees must return to work following an injury and be certified as ready and able to perform all regular duties. If the employee requires medical treatment as a result of the injury, the Employer shall adjust the work schedule, without penalty to the employee, to provide both the time for medical care and the number of hours of work for which the employee is regularly scheduled to work.

16.15  Employees shall not be monetarily responsible for damages or repairs for equipment which result from the ordinary use of any of the Center's equipment.

16.16  Labor-Management meetings shall be set at the discretion of the Union and the Employer.

16.17  The Union shall have the right to appoint stewards.

## ARTICLE 17 - DISCHARGE AND SUSPENSION

17.1  Employees will be suspended or discharged in accordance with any violation of the facility's policies or work and safety rules.

17.2  The Employer shall notify the Union of any discharge or suspensions, stating the date of discharge or suspension, and the reason, no later than the Union's seventh (7th) regular business day.

17.3  The Employer will utilize written warning notices along with individual counseling sessions. Copies of the written notices will be available to the Union.

A written warning will expire six (6) months after the date it is given to an employee and may not, thereafter, be used in computing the number of written notices an employee has received.

17.4  It is mutually agreed by the Company and the Union that no warning notices need be given prior to discharge.

17.5  Discipline will be conducted on an instructional basis designed to encourage an employee to improve performance and/or become more aware of the need to adhere to and conform with established Company policy.

## ARTICLE 18 - SUCCESSORSHIP

18.1  In the event of any sale, purchase, merger, or other transaction affecting ownership of the Employer's business or ownership of the assets of the Employer's business, the Employer

agrees to make known the existence of this Agreement and its terms and conditions to the other party to any such transaction.

## ARTICLE 19 - SEVERABILITY CLAUSE

19.1   If any part of this Agreement is held to be in violation of any federal or state law, the provision held to be invalid shall be of no force and effect, but all of the other provisions of this Agreement shall continue to be binding on the parties hereto.

In the event any provision is held to be invalid, the Employer and the Union agree to meet within thirty (30) days following such holding or determination for the purpose of negotiating a substitute clause to replace the provisions found to be invalid.

## ARTICLE 20 - HEALTH AND WELFARE

20.1   Employees who are now on the Employer's Health and Welfare Plan or employees who wish to participate in the Employer's Health and Welfare Plan shall continue to have that right. After one (1) year of employment, the Employer will pay fifty percent (50%) of the cost, and after two (2) years of employment, the Employer will pay one hundred percent (100%) of the cost. Dependent coverage is optional and will be paid by the employee.

New hires after 7/1/99, after one (1) year, the employer will pay 25%, after the 2nd year, the employer will pay 50%; after the third year, the employer will pay 90%. Dependent coverage is optional and will be paid by the employee.

## ARTICLE 21 - PENSION

21.1   Effective October 1, 2002, the Employer will pay thirty-two cents (.32¢) to the United Food and Commercial Workers Unions and Employers Midwest Pension Fund for all hours worked for employees who have two (2) years of seniority.

Effective March 1, 2008, for February 2008 hours, the Employer agrees to increase the pension contribution five cents (.05¢) to thirty-seven cents (.37¢) per hour.

## ARTICLE 22 - COMPLETE AGREEMENT AND DURATION

22.1  This Agreement is the complete Agreement between the parties and, except as expressly provided for herein, relieves the parties of the obligation to bargain on any subject during the term of this Agreement.

22.2  This Agreement shall be effective from the date hereof, except as otherwise specifically provided, and shall continue in full force and effect from July 1, 2005, and shall continue from year to year thereafter unless either party serves a written notice upon the other party ninety (90) days prior to July 1, 2008, of its desire to terminate, modify or amend the provisions of this Labor Agreement.

IN WITNESS WHEREOF, the parties hereto have caused this instrument to be signed and executed the day and year first above written.

THE GILMAN NURSING Home, LLC

_____ Member
Signature

Morris Steinberg   Member
Print Name/Title

UNITED FOOD & COMMERCIAL WORKERS INTERNATIONAL UNION, LOCAL 1546

_____
Kenneth R. Boyd, President

Contract #030488

20

# EXHIBIT A - WAGES

A.1   The Following Hourly Rate Wage Increase Applies To All Employees.

Effective first payroll of January 2006 ....................................................... .25¢ per hour
Effective first payroll of July 2006 ............................................................. .25¢ per hour
Effective first payroll of January 2007 ....................................................... .25¢ per hour
Effective first payroll of July 2007 ............................................................. .30¢ per hour
Effective first payroll of January 2008 ....................................................... .35¢ per hour

A.2   Employees Shall Receive The Following Bonus On November 15, 2005:

This Bonus is for employees who had more than six (6) months seniority on or before
July 25, 2005.

Six (6) months but less than one (1) year of service .............................................. $50.00
One (1) year but less than three (3) years of service ............................................ $100.00
Three (3) years but less than five (5) years of service .......................................... $200.00
Five (5) years but less than eight (8) years of service........................................... $500.00
Eight (8) years of service or more............................................................................. $800.00

A.3   Employees presently receiving, or who may hereafter receive, in excess of the above wage-
rate schedules shall not have their wage rate decreased because of provisions of this
Contract.

A.4   All employees shall be eligible to earn an attendance bonus for perfect attendance and
reasonable promptness.  This bonus shall be earned and paid on a quarterly basis.
Employees who earn this bonus shall receive pay equal to a normal day's pay or the
employee may request a day off with pay that is mutually agreed upon.