AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

RONALD E. POWELL, et al.

|  |  |
|---|---|
| CASE NUMBER: | 07 CV 6181 |
| V. | |
| | ASSIGNED JUDGE: Blanche M. Manning |
| GILMAN NURSING CENTER, LLC, a/k/a GILMAN NURSING HOME, LLC. | |
| | DESIGNATED MAGISTRATE JUDGE: |

TO: (Name and address of Defendant)

Gilman Nursing Center, LLC a/k/a Gilman Nursing Home, LLC
Route 45 South
1390 S. Crescent Street
Gilman, Illinois 60938

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Mindy Kallus
THE KARMEL LAW FIRM
221 N. LaSalle Street, Suite 1414
Chicago, IL 60601

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

-------------------------------------------

(By) DEPUTY CLERK

January 9, 2008

Date

AO 440  (Rev. 05/00)  Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | January 23'rd, 2008 |

| NAME OF SERVER (PRINT)    Philip P. Ducar | TITLE    Special Process Server |
|---|---|

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

XⓍX Other (specify):  Personal service of the Summons and the Complaint
upon Ms. Barbara Leydens, Director of Nursing for
the defendant, the Gilman Nursing Center, LLC., at the
business location at 1390 S. Crescent Street, in Gilman, Ill.
service was effected at the hour of 1:55 p.m., on Wednesday,
January 23'rd, 2008.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  January 23'rd, 2008     *Philip P. Ducar*
      *Date*            *Signature of Server*

              Post office Box # 911
              Tinley Park, Ill. 60477

              *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.