37720-RRB

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14

| In the Matter of | Case Number: |
|---|---|
| RONALD E. POWELL et al., <br>         Plaintiffs, <br><br> v. <br><br> GILMAN NURSING CENTER, LLC a/k/a GILMAN NURSING HOME, LLC. <br>         Defendant. | 07 CV 6181 <br><br> Judge Blanche M. Manning |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
**GILMAN NURSING CENTER, LLC a/k/a GILMAN NURSING HOME, LLC.**

| | |
|---|---|
| **SIGNATURE** <br> /s/Robert R. Benjamin | |
| **FIRM** <br> Querrey & Harrow, Ltd. | |
| **STREET ADDRESS** <br> 175 West Jackson Boulevard, Suite 1600 | |
| **CITY/STATE/ZIP** <br> Chicago, IL 60604 | |
| **ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)** <br> 0170429 | **TELEPHONE NUMBER** <br> 312/540-7000 |
| **ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?**     YES  X          NO | |
| **ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?**  YES                NO  X | |
| **ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?**     YES  X          NO | |
| **IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?** <br> YES  X    NO | |
| **IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.** <br><br> RETAINED COUNSEL                    APPOINTED COUNSEL | |