**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

RONALD E. POWELL, KENNETH R. BOYD,
D. TROV PRUITT, BRIAN JORDAN, JAMES V.
MORGAN and JOHN DOUGHERTY, as
Trustees on behalf of UNITED FOOD AND
COMMERCIAL WORKERS UNIONS AND
EMPLOYERS MIDWEST PENSION FUND,

        Plaintiffs,

GILMAN NURSING CENTER, LLC a/k/a GILMAN
NURSING HOME, LLC.

        Defendant.

Case No. :  07 CV 6181

Judge Blanche M. Manning

### NOTICE OF FILING

To:    Jonathan D. Karmel
       Mindy Kallus
       The Karmel Law Firm
       221 N. LaSalle Street, Suite 1414
       Chicago, IL 60601

PLEASE TAKE NOTICE THAT on February 20, 2008, we caused to be filed with the Clerk of the United States District Court for the Northern District of Illinois, **DEFENDANT'S ANSWER TO AMENDED COMPLAINT**, a copy of which is attached hereto and thereby served upon you.

QUERREY & HARROW, LTD.

### Affidavit of Service

I, Robert R. Benjamin, an attorney, certify that the above captioned Notice of Filing was served upon the person to whom it is addressed by mailing a copy of the same to them at their address and depositing the same in the United States Mail at 175 W. Jackson Boulevard, Chicago, Illinois on February 20, 2008, with proper postage prepaid.

/s/Robert R. Benjamin

QUERREY & HARROW, LTD.
Attorney for Debtor
175 West Jackson Boulevard, Suite 1600
Chicago, Illinois  60604
(312) 540-7000