## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Ronald E Powell, et al.
                              Plaintiff,

v.                                              Case No.: 1:07−cv−06181
                                                Honorable Blanche M. Manning

Gilman Nursing Center, LLC, et al.
                              Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Thursday, February 28, 2008:

   MINUTE entry before Judge Blanche M. Manning :Status hearing held and continued to 4/10/2008 at 11:00 AM.Advised in open court (jms, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.